FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 1 4 2007 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAMES DWIGHT SANDERS,

                 Plaintiff,

   -against-


THE UNITED STATES OF AMERICA, et al.,

                 Defendants.
-------------------------------------------------------------------X

JUDGMENT
01-CV-5447 (BMC)

      An Order of Honorable Brian M. Cogan, United States District Judge, having

been filed on March 12, 2007, granting defendant Kinsley's motion for summary judgment

for the reasons stated on the record; it is

it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and

that defendant's Kinsley's motion for summary judgment is granted for the reasons stated on

the record.


Dated: Brooklyn, New York
       March 13, 2007

                                 /s/

                                 ROBERT C. HEINEMANN
                                 Clerk of Court